# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 9, 2009

Charles R. Fulbruge III
Clerk

No. 08-30266

MARTCO LIMITED PARTNERSHIP,

> Plaintiff-Appellant-
> Cross-Appellee,

v.

WELLONS, INC., Doing Business as Wellons USA,

> Defendant-Appellee-
> Cross-Appellant.

Appeals from the United States District Court
for the Western District of Louisiana
No. 1:04-CV-673

Before JOLLY, SMITH, and OWEN, Circuit Judges.

PER CURIAM:[*]

This is a suit for breach of contract, with each side dissatisfied with some aspect of the judgment. We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We also have consulted applicable sources of law, including Louisiana decisions and treatises.

The district court correctly decided this case. The judgment is AFFIRMED, essentially for the reasons given by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.